R. SCOTT ERLEWINE (State Bar No. 095106)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Telephone: 415-398-0900
Fax: 415-398-0911
Email: rse@phillaw.com

Attorneys for Plaintiff
Westgate Petroleum Company, Inc.,
d/b/a Helms Petroleum


Robert W. Keaster (SBN 115847)
rkeaster@ckllplaw.com
**CHAMBERLIN & KEASTER LLP**
16000 Ventura Boulevard, Suite 700
Encino, California 91436-2758
Telephone: (818) 385-1256
Facsimile: (818) 385-1802

Attorneys for Defendant INTERNATIONAL INSURANCE
COMPANY OF HANNOVER, SE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT CALIFORNIA

| | |
|---|---|
| WESTGATE PETROLEUM COMPANY, INC., d/b/a Helms Petroleum,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE, etc.,<br><br>Defendant. | Case No: 3:16-cv-00115-WHA<br><br>**STIPULATION GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT AND GRANTING LEAVE TO FILE CROSS-CLAIM TO ADD ZURICH AMERICAN INSURANCE COMPANY AS PARTY; [PROPOSED] ORDER THEREON** |

Pursuant to Local Rule 7-12, the parties hereto by and through their respective counsel of record hereby stipulate and agree that Plaintiff WESTGATE PETROLEUM COMPANY, INC., d/b/a Helms Petroleum ("WESTGATE") shall be granted leave to file a First Amended Complaint adding Zurich American Insurance Company ("ZURICH") as a defendant to its

Complaint and that Defendant INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE ("INTERNATIONAL") shall be granted leave to file a Cross-Claim against ZURICH seeking contribution, indemnity and subrogation for amounts it has or may be obligated to pay to WESTGATE.

Good cause exist for this stipulation since counsel for the parties have just recently learned through third party discovery that Zurich provided auto and commercial general liability insurance to WESTGATE as an additional insured under a policy issued to the trucking company which was unloading the gasoline at WESTGATE'S facility which caught fire and which fire is the loss that is the subject this coverage action. On information and belief, ZURICH is a New York corporation which maintains its principal place of business in Schaumburg, Illinois, so its presence as a defendant will not destroy diversity jurisdiction. Pursuant to the operative scheduling order in this case, the parties can seek leave to amend their pleadings and add parties by July 29, 2016.

Dated: July 22, 2016                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                        By /s/ R. Scott Erlewine
                                           R. Scott Erlewine
                                           Attorneys for Plaintiff


Dated: July 22, 2016                    CHAMBERLIN & KEASTER

                                        By /s/
                                           Robert W. Keaster
                                           Attorneys for Defendant


### ATTESTATION

I, R. Scott Erlewine, am the ECF user whose identification and password is being used to file the instant document. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures appear above provided their authority and concurrence to file this document.

                                        /s/ R. Scott Erlewine
                                           R. Scott Erlewine

---

Order re:   **JOINT STIP. GRANTING PLAINTIFF LEAVE TO AMEND COMPLAINT, etc.**
            – Case No. 3:16-cv-00115-WHA

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff may file an amended complaint adding Zurich American Insurance Company as a defendant in this action and that defendant may file a cross-claim adding Zurich American Insurance Company as a cross-defendant to this action.

DATED: July 25, 2016.

_____
Hon. William H. Alsup
United States District Judge