1
2
3
4
5
6                       IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   WESTGATE PETROLEUM COMPANY,                    No. C 16-00115 WHA
     INC., d/b/a Helms Petroleum,
11
12              Plaintiff,
13     v.
14   INTERNATIONAL INSURANCE                        **ORDER ON ZURICH**
     COMPANY OF HANNOVER, SE,                       **AMERICAN INSURANCE**
15   ZURICH AMERICAN INSURANCE                      **COMPANY'S MOTIONS TO**
     COMPANY,                                       **DISMISS**
16
                Defendants.
17   _____/
18   INTERNATIONAL INSURANCE
     COMPANY OF HANNOVER, SE,
19
20              Cross-Complainant,
21     v.
22   ZURICH AMERICAN INSURANCE
     COMPANY,
23
                Cross-Defendant.
24   _____/
25         As stated at the hearing on Zurich's motions to dismiss, Westgate and Hannover shall
26   have until **NOVEMBER 10 AT NOON** to amend their pleadings.  Zurich's motions are **DENIED AS**
27   **MOOT**, without prejudice to filing a new motion directed at the amended pleadings.
28         **IT IS SO ORDERED.**

Dated:  October 13, 2016.

                                        _____
                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE

*United States District Court*
For the Northern District of California