IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTGATE PETROLEUM COMPANY, INC., d/b/a Helms Petroleum,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE, ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Defendants.<br>                                   /<br>INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE,<br><br>    Cross-Complainant,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY,<br><br>    Cross-Defendant.<br>                                   / | No. C 16-00115 WHA<br><br>**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE** |

This order hereby **SETS** a further case management conference for **THURSDAY, DECEMBER 8 AT 11:00 P.M.** Counsel shall please come prepared to discuss, *inter alia*, the need to set a new schedule before the pending motion for leave to amend the complaint and motion to dismiss the cross-complaint are decided an whether the two motions should be heard at a

consolidated hearing.  The parties shall please file a joint case management statement by **DECEMBER 5 AT NOON**.

**IT IS SO ORDERED.**

Dated:   November 30, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2