IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WESTGATE PETROLEUM COMPANY, INC., d/b/a Helms Petroleum,

    Plaintiff,

v.

INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE, ZURICH AMERICAN INSURANCE COMPANY,

    Defendants.

                                      /

INTERNATIONAL INSURANCE COMPANY OF HANNOVER, SE,

    Cross-Complainant,

v.

ZURICH AMERICAN INSURANCE COMPANY,

    Cross-Defendant.

                                      /

No. C 16-00115 WHA

**ORDER REMANDING ACTION**

With the agreement of all counsel, the Court finds it no longer has subject-matter jurisdiction. The Clerk shall please **REMAND** the action to the Superior Court of Lake County.

    **IT IS SO ORDERED.**

Dated: December 8, 2016.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE